UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

RECEIVED CASHIER
CLERK'S OFFICE USDC PR

2023 JUL 21 AM 11:52

___Eridania Guzman Martinez___ )
Plaintiff(s) )
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

___Pryco Makers Inc.___ )
Defendant(s) )
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. __23-cv-1376 (MAJ)__
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* [X] Yes [ ] No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Postal Address:
P.O Box 955
Canovanas,
P.R 00729

Name: Eridania Guzman Martinez
Street Address: 222 Parcelas Monte Verde,
City and County: San Isidro, Canovanas
State and Zip Code: P.R. 00729
Telephone Number: (787) 630-4715
E-mail Address: guzmaneridania35@gmail.com

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
- Name: Pryco Movers Inc.
- Job or Title (if known): RR-9
- Street Address: RR-9 Box 913
- City and County: San Juan
- State and Zip Code: Puerto Rico 00926
- Telephone Number: 1877-507-2650 / 787-251-8515 / 856-520-0851
- E-mail Address (if known): office@prycomovers.com / Prycomovers.com

Defendant No. 2
- Name: Pryco Movers, Inc
- Job or Title (if known):
- Street Address: Carr. 190 K. 1.5
- City and County: Sabana abajo, Carolina, P.R.
- State and Zip Code: 00983
- Telephone Number: 1877-507-2650 / 787-251-8515 / 856-620-0851
- E-mail Address (if known): office@prycomovers.com / Prycomovers.com

Defendant No. 3
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question       [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

#1 This matter cover me on the Bill of Rights, the First Amedment of the United State of america as a Citizen, and others amendments #4, #5, #6, #7, #9, #10.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* __Eridania Guzman Martinez__, is a citizen of the State of *(name)* __Puerto Rico, E.U.__.

    b. If the plaintiff is a corporation

    N/A

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.     If the defendant is a corporation

The defendant, (name) __Pryco Movers, Inc.__, is incorporated under the laws of the State of (name) __Puerto Rico__, and has its principal place of business in the State of (name) __Puerto Rico__.

Or is incorporated under the laws of (foreign nation) __E.U.__,

and has its principal place of business in (name) __Puerto Rico__.

(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)

3.     The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because (explain):

*Not having them I have to incur in expenses, of the necessary to live. I want the amount of $150,000. For fraud and contempt for my trust.*

III.     **Statement of Claim**

*The damage caused for not having my belongings purchased for almost 10 years,*

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

*for these 9 months I had to spend money that have not been in my budget, to obtain the necessary to live. Because this Company has retained My Move and has taken away the opportunity to enjoy my assets. They Made a moving contract in N.J. without having a licence to operate as a moving Company in Puerto Rico.*

IV.     **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

*I thought I lost My Move - Please make Me Justice!! I have suffered a lot for needing my things. Due to my health conditions (Including two heart attacks) I can have any worries. I don't have my cloth, My health Items. Anyway all that comes on a move. To economic remedy my damages. Seized/retained my move. Against to this Moving Company, I want the amount of $150,000. They have to punished Me when I was have phone comunication, they telling me lies. I Made a number of effort to comunicate with them, it is Imposible. They never contact me with a solution. It is suffered and cried, I have needs, My Medical conditions, in this process, it hasn't be stable. I had to see medical treatment, because even if they return My Moving to me (9 months ago), the damage, suffered do not compensate in this process*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 7-20-2023

Signature of Plaintiff: *Eridania Guz* (signature)
Printed Name of Plaintiff: Eridania Guzman Martines

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____

Date 7-20-2023                                   *Eridania Guz* (signature)
                                                 Signature Plaintiff