IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| Guzmán-Martínez<br><br>Plaintiff,<br><br>v.<br><br>Pryco Movers, Inc.<br><br>Defendants. | CIVIL NO. 3:2023-cv-01376 (MAJ)<br><br><br><br>PRO BONO PROGRAM |

## **REQUEST FOR A DEFAULT JUDGMENT**

TO THE HONORABLE COURT:

COMES now Plaintiff, Eridania Guzmán-Martínez, through the undersigned attorney, and respectfully alleges, states, and prays:

1. On March 5, 2024, Plaintiff requested authorization for the Service of Summons by Publication. **See Docket No. 32**.

2. On March 6, 2024, the Court granted our request, and issued the Summons by Publication. **See Dockets No. 33 and 34**.

3. In compliance with the Court's order, on March 13, 2024, Primera Hora, a newspaper of general circulation in Puerto Rico, published the summons by edict. **See Docket No. 37-1**.

4. Defendant had until April 12, 2024, to answer the amended complaint. **See Dockets No. 34 and 37-1**. It failed to do so.

5. Plaintiff respectfully requests that judgment by default be entered against Defendant, Pryco Movers, Inc. for the relief demanded in the Amended Complaint (**Docket no.**

1

**19-1**).

WHEREFORE, Plaintiff requests from this Honorable Court to take note of the foregoing and enter judgment by default against Defendant for the relief demanded in the Amended Complaint.

I HEREBY CERTIFIED that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this April 19, 2024.

SANTORI AYMAT & RIVERA, LLC
PO Box 19115
San Juan, PR 00910
Tel.: (787) 523-4030
Fax: (787) 523-4031
E-M: maria.santori@sarlawpr.com

**/S/MARIA EUGENIA SANTORI AYMAT**
USDC-PR 223010