# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **ERIDANIA GUZMAN-MARTINEZ,**<br><br>*Plaintiff*,<br><br>v.<br><br>**PRYCO MOVERS INC.,**<br><br>*Defendant.* | Civ. No. 23-01376 (MAJ) |

## JUDGMENT

In accordance with the Order entered on this same date (**ECF No. 44**), judgment is entered **DISMISSING** this action **WITHOUT PREJUDICE** in its entirety. This case is now closed for statistical purposes.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 29th day of April, 2024.

*/s/ María Antongiorgi-Jordán*
**MARIA ANTONGIORGI-JORDAN
UNITED STATES DISTRICT JUDGE**